No. 90–7148. GRAVES v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–7149. RUSSELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7157. CASELLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7161. JEFFERS v. CLARK, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7172. CATAULIN v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 90–7180. NAPOLI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7189. HENRY v. UNITED STATES DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 90–7215. LEIBOWITZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–7222. JORDAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–7224. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7235. BIRCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7236. DELGADO-SERRANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7237. LAYTON v. SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–7238. KIDD v. WILLIAMS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–7239. LOWE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.